# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-1785

_____

Quintin Ray

*Plaintiff - Appellant*

v.

Renaissance St. Louis Airport Hotel, (Schulte Hospitality Group)

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 23, 2020
Filed: November 30, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this Title VII action, Quintin Ray appeals the district court's[1] denial of his motion for reconsideration. We conclude that the district court did not abuse its

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

discretion.  <u>See</u> <u>Noah v. Bond Cold Storage</u>, 408 F.3d 1043, 1045 (8th Cir. 2005) (per curiam) (Rule 60(b) authorizes relief only in most exceptional cases).  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____